UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



S.W., *et al.*,

                       Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                       Defendant.

No. 17-cv-2922 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court has been advised that the parties have reached an agreement "in principle" to "fully resolve this action." (Doc. No. 13.) The parties request 45 days "to memorialize their agreement and file a stipulation of settlement and discontinuance." (*Id.*) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within forty-five days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      September 11, 2017
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE